# EXHIBIT A

# - Fax Transmission

**To:** 8154449464

**Fax:** +1 (815) 4449464

**RE:** National Broadcast

**From:** forms@nationalpain.com

**Date:** 12/3/2012

**Pages:** 2

**Comments:**

# National Pain Centers
Interventional Spine and Multimodal Pain Specialists

P: 847.701.3250
F: 847.701.3300
W: nationalpain.com

## NATIONAL PAIN BROADCAST

As part of National Pain Centers' (NPC) commitment toward education, we are pleased to announce our participation in the first interactive National Pain Broadcast on pain management. **This broadcast will be filmed at HBO Studios in NYC and aired live on December 5, 2012 at 7pm.** This live broadcast that can be viewed at approximately 450 venues throughout the country, including 12 venues throughout the Chicagoland area. If you are a family practitioner, internist, neurologist, or a rheumatologist, you are welcome to join thousands of your colleagues across the country. To register at your nearest broadcast location, please contact your Pfizer rep.

**Dr. Jay Joshi, the CEO and medical director of NPC, was chosen as one of three physicians across the country to participate as a presenter in this broadcast. He was also chosen as the moderator of this important event.** He is the only Anesthesiologist and Interventional Pain Physician chosen for this broadcast, which deals with a traditionally non-interventional pain issue, Fibromyalgia. **Dr. Joshi is considered a national key opinion leader in the pain world and has contributed a significant amount of his time toward chronic pain awareness and education.**

**Dr. Joshi is changing the traditional stereotypes of a pain specialist and a pain expert.** An expert pain specialist is someone who has the proper training and understands the marriage of interventional and non-interventional options. Simply prescribing a pill or shoving a needle in a patient does not qualify a physician to be a pain specialist or an expert. Whatever treatment is needed, it should be delivered in an obsessively precise manner. He also believes that there are three core philosophies that every pain specialist must follow:
1. Strong Knowledge Base and Education
2. Solid Procedural Skills and Common Sense
3. Unwavering Ethics and Integrity

We implore you to research the pain specialist your patients will see. Find a pain expert that meets the criteria stated above. Look for a physician that evaluates the patient as a whole entity, not just another procedure or another pill. **Your patient's function, quality of life, and outcome depends on your referral.** For more information about NPC and Dr. Joshi, please visit www.nationalpain.com.

Sincerely,

The National Pain Centers Team

**Accurate Diagnoses, Precise Procedures, Honest Recommendations, Respected Outcomes**

**Illinois Clinic Locations:**
800 Biesterfield Rd., Ste. 302 (Wimmer), Elk Grove Village, IL 60007
230 E. Center Dr., Ste. 102 (Vernon Square), Vernon Hills, IL 60061
1408 South Main Street, Algonquin, IL 60102 (Satellite Location)

**Illinois Procedure Locations:**
800 Biesterfield Rd., Ambulatory Surgery, Elk Grove Village, IL 60007
3100 W. Higgins Rd., Ste. 150 (Greenspoint), Hoffman Estates, IL 60169
230 E. Center Dr., Ground Floor (Vernon Square), Vernon Hills, IL 60061