IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. THOMAS D. FRANZ, <br> on behalf of plaintiff and a class, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 13 CV 00028 |
| v. | ) <br> ) | Judge Aspen <br> Magistrate Judge Finnegan |
| NATIONAL PAIN CENTERS, LLC, <br> and JOHN DOES 1-10, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Dr. Thomas D. Franz and defendant National Pain Centers, LLC have agreed to resolve this case on an individual basis. The parties anticipate filing a stipulation of dismissal within the next 30 days.

Dated: July 26, 2013

| | |
|---|---|
|   s/ Heather Kolbus |   s/ David J. Tecson (w/ permission) |
| Daniel A. Edelman | David J. Tecson |
| Heather Kolbus | Alan B. Ronson |
| EDELMAN, COMBS, LATTURNER | Michael Eurich |
|     & GOODWIN, LLC | CHUHAK & TECSON, P.C. |
| 120 S. LaSalle Street, 18th Floor | 30 S. Wacker Drive, Suite 2600 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| (312) 739-4200 | (312) 444-9300 |
| (312) 419-0379 (FAX) | (312) 444-9027 (FAX) |

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on July 26, 2013, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

| | |
|---|---|
| David J. Tecson | dtecson@chuhak.com |
| Alan B. Ronson | aronson@chuhak.com |
| Michael Eurich | meurich@chuhak.com |

 s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)