# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Thomas D. Franz

                                    Plaintiff,

v.                                                                       Case No.: 1:13−cv−00028

                                                                                Honorable Marvin E. Aspen

National Pain Centers, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2013:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 4(a)(1)(A)(ii), the plaintiff Dr. Thomas D. Franzs individual claims against defendant National Pain Center, LLC (and its predecessors, parents, subsidiaries, affiliates, principals, successors and assigns and their officers, directors, and employees, in such capacity as they relate to the action that are the subject of this lawsuit) are dismissed with prejudice and without costs. The parties class claims against defendant National Pain Centers, LLC are dismissed without prejudice and without costs. Plaintiffs individual claims against John Does 1−10 are dismissed without prejudice and without costs, pursuant to FRCP 41. The status hearing set for 9/5/13 is stricken. Any pending motions are terminated as moot. The status/ruling date of 9/19/13 is vacated. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.